UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OLIVER WANG, *et al.*,

    Petitioners,

    v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. C09-0788RSL

ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte*. On August 25, 2009, petitioners filed an amended petition to quash summons that, taken as a whole, exceeded 50 pages in length. (Dkt. #12). As of this date, a courtesy copy of these documents has not been provided for chambers.

Petitioners are hereby ORDERED to show cause why they should not be sanctioned for failure to comply with Local Rule 10(e)(8), which requires courtesy copies of lengthy filings for chambers. Petitioners shall immediately deliver a paper copy of the amended petition and all supporting documents, with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for

ORDER TO SHOW CAUSE- 1

Chambers," to the Clerk's Office. Petitioners shall respond to this order to show cause no later than five days from the date of this Order.

DATED this 31st day of August, 2009.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE- 2